

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kenneth William Colassi

    v.                        Civil No. 05-cv-187-SM

Hillsborough County Superior Court,
Southern District

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-187-SM.

**SO ORDERED.**

*James R. Muirhead*
James R. Muirhead
United States Magistrate Judge

Date: June 6, 2005

cc:  /Kenneth William Colassi, *pro se*

Colassi v. Hillsborough County Superior Court, Southern District et al    Doc. 3