UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kenneth William Colassi

v.  Case No. 05-cv-187-SM

Hillsborough County Superior Court, et al.

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 14, 2005, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

July 28, 2005

_____
Steven J. McAuliffe
Chief Judge

cc:   Kenneth William Colassi, pro se